■ In the Matter of CHARLES E. WALSH, JR., Respondent, against JOHN W. JOHNSON, as Superintendent of Public Works of the State of New York, et al., Appellants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ STEVE ASADORIAN, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, INC., Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ MELODIES, INC., Respondent, v. CARMELO MIRABILE, Appellant.— Motion for reargument denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD E. DE GROAT, Appellant.— Motion for reargument denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of the Claim of ANNA YARAK, Appellant, against MAGNESIA ASBESTOS INSULATION Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ In the Matter of the Claim of JOHN J. BELLOTTI, Appellant, against DOMINICK SALVIO et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ ZARA CONTRACTING Co. INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 33421.) — Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ JOSEPH C. FLORES, Respondent-Appellant, v. MOSLER SAFE COMPANY, Appellant-Respondent.— Motion for permission to appeal to the Court of Appeals granted, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE W. KAHLER, JR., Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and the time to perfect appeal, file and serve record and brief is extended to October 20, 1959 and the case to be ready for argument at the November Term of this court. Attention is called to rule VII of the rules of this court. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.